■ ALEXANDER P. RODRIGUEZ, SR., Individually and as Guardian ad Litem of ALEXANDER P. RODRIGUEZ, JR., Appellant, v. JOSEPH KCLOGLOU et al., Doing Business as K & K ICE CREAM DISTRIBUTORS, Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ THOMAS B. GALATI, an Infant, by CHARLES GALATI, His Guardian ad Litem, et al., Plaintiffs, v. ROMAN CATHOLIC CHURCH OF OUR LADY QUEEN OF ANGELS et al., Defendants. ROMAN CATHOLIC CHURCH OF OUR LADY QUEEN OF ANGELS, Third-Party Plaintiff-Respondent, v. EDWARD J. HURLEY et al., Copartners Doing Business under the Name of HURLEY & HUGHES, ARCHITECTS, Third-Party Defendants-Appellants.— Order, entered on August 27, 1957, denying the third-party defendants-appellants' motion to dismiss, unanimously affirmed, with $20 costs and disbursements to the third-party plaintiff-respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ MAX J. LE BOYER, Respondent, v. BENJAMIN MARGOLIS et al., Appellants.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of WILLIAM RYAN, Appellant, v. STATE LIQUOR AUTHORITY, Respondent.— Order, entered on October 13, 1960, dismissing petition brought pursuant to article 78 of the Civil Practice Act to review a determination of the State Liquor Authority, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ KATHERINE SUSSMAN, Respondent, v. BENJAMIN SUSSMAN, Appellant. — Order entered November 9, 1960, which denied plaintiff's motion to punish defendant for contempt on condition that defendant return the child to plaintiff and denied defendant's cross motion for a change in custody, unanimously affirmed, with $20 costs and disbursements to plaintiff-respondent. Settle order on notice in which provision shall be made (1) for the return of the boy to the mother upon the conclusion of the present school term, and (2) for the boy spending the Christmas school holiday with the mother. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ DINAH BERNSTEIN, Respondent, v. DANIEL R. BERNSTEIN et al., Appellants.— Order, entered on June 2, 1959, granting plaintiff's motion for an examination before trial, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice fixing date for the examination to proceed. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ FEATURE SPORTS, INC., Respondent, v. TELESCRIPT-CSP, INC., et al., Defendants, and HYMAN L. FEDERMAN et al., Appellants.— Order, entered on August 29, 1960, vacating defendants' notice of examination before trial, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Arbitration between HARRY W. GRAFF, INC., Appellant, and CIRKER'S MOVING AND STORAGE CO., INC., Respondent.— Order, entered on September 19, 1960, denying petitioner's motion to stay arbitration unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MAGGIE POLITE, Appellant, v. IRVING BURRES, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.